ACCEPTED
01-15-00464-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 4:20:26 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO.   01-15-0464 CV

| | | | |
|---|---|---|---|
| Andrew Patterson | S | 1st Court of Appeals | FILED IN 1st COURT OF APPEALS HOUSTON, TEXAS |
| PLAINTIFF | S | HARRIS COUNTY, TEXAS | 6/18/2015 4:20:26 PM |
| | S | | CHRISTOPHER A. PRINE Clerk |
| V | S | | |
| | S | | |
| | S | | |
| TRANSCONTINENTAL | S | | |
| INSURANCE | S | 1sr Court of appeal | |
| COMPANY | S | | |
| DEFENDANT | S | | |

## PLAINTIFF'S MOTION TO RESET ALL FILINGS FOR 90 DAYS

TO THE First Court of appeal

Andrew Patterson, Plaintiff, files this Motion to reset all flings for 90 days.

1. *Facts*. The Plaintiff had surgery recently and has some complications from the Surgery and with his on going care for his injuries.

4. *Prayer*.  Plaintiffs prays that -

a.      the Court grant the Motion to reset all fling requirements for Appeal for 90 days to complete flings requirements for an Appeal to the Appellate Courts.

Respectfully Submitted,


Andrew Patterson /s/

Andrew Patterson Pro Se /s/

6207 Fondren Road

Houston, Texas 77036

phone / cellular (832 276 1712)

APPROVED AS TO FORM:
 Andrew Patterson


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was delivery by electronic filing on 05/03/2015.
Dana Gannon

Andrew Patterson /s/

 Andrew Patterson Pro Se /s/
6207 Fondren Road

Houston, Texas 77036

phone / cellular (832 276 1712)

APPROVED AS TO FORM:
 Andrew Patterson

CAUSE NO.   01-15-00464

| | | |
|---|---|---|
| Andrew Patterson | S | First Court of Appeal |
| PLAINTIFF | S | HARRIS COUNTY / TEXAS |
| | S | |
| V | S | |
| | S | |
| | S | |
| TRANSCONTINENTAL | S | |
| INSURANCE | S | First Court of Appeal |
| COMPANY | S | |
| DEFENDANT | S | |

## **ORDER**

Court grants an extension for any and all fling requirements in the Appeal process for 90 days.

**SIGNED** on _____, _____.


_____
JUDGE PRESIDING

APPROVED AS TO FORM:
Andrew Patterson


Dana Gannon


Andrew Patterson Pro Se /s/

6207 Fondren Road

Houston, Texas 77036

phone / cellular (832 276 1712)